EUSTACE FARLEY, an Infant, by CHARLES L. FARLEY, His Guardian ad Litem, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.

Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that it was error to the substantial prejudice of the defendant to receive evidence that one of its main witnesses, some time before, as motorman of another car, had an accident with it in which a man's leg had been cut off. Thomas, Mills, Putnam, Kelly and Jaycox, JJ., concurred.